```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-09-413-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER |
| | ) THE SPEEDY TRIAL ACT |
| | ) |
| LAURA HEINEN | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Laura Heinen, through her counsel of record, Ean Vizzi, Esq., hereby stipulate and agree that the status conference which was set for March 14, 2013, be continued to May 9, 2013, at 9:00 a.m.

The parties need additional time for preparation and continuity of counsel. Therefore, the parties have agreed and respectfully request that the Court set the date of May 9, 2013, for the status conference.

1

| | |
|---|---|
| 1 | Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United States Code section 3161(h)(7)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare. |

IT IS SO STIPULATED.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: March 12, 2013        By:  <u>/s/ Michael M. Beckwith</u>
                                                  MICHAEL M. BECKWITH
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

DATED: March 12, 2013        By:  <u>/s/ Ean Vizzi</u>
                                                  EAN VIZZI
                                                  Attorney for Defendant
                                                  LAURA HEINEN

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference on May 9, 2013. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court finds excludable time beginning March 14, 2013, through and including May 9, 2013.

IT IS SO ORDERED.

DATED: March 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE